UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>HAROLD BARLING, on behalf
of himself and all others similarly situated,</u>

            Plaintiff(s),

            v.

<u>UEBT RETIREE HEALTH PLAN,</u>
<u>UFCW & EMPLOYERS BENEFIT TRUST</u>
<u>FUND, and BOARD OF TRUSTEES OF THE</u>
<u>UFCW & EMPLOYERS BENEFIT TRUST,</u>

            Defendant(s).
_____/

Case No. 14-cv-04530-VC

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR (*please identify process and provider*) <u>private mediation with a provider to be agreed upon by the parties</u>

_____

The parties agree to hold the ADR session by:
        ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        X    other requested deadline <u>March 31, 2015</u>

Dated: December 30, 2014                                      */s/ Teresa S. Renaker*
                                                                     Attorney for Plaintiff

Dated: December 30, 2014                                        */s/ Kathleen Cahill Slaught*
                                                                     Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                 */s/ Teresa S. Renaker*
                                 Teresa S. Renaker

## [~~PROPOSED~~] ORDER

☒      The parties' stipulation is adopted and IT IS SO ORDERED.

☐      The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: January 6, 2015                         _____
                                                          UNITED STATES DISTRICT JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11