1 | Teresa S. Renaker (SBN 187800)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON P.C.
2 | 476 - 9th Street
Oakland, CA 94607
3 | Telephone: (510) 839-6824
Facsimile: (510) 839-7839
4 | E-mail: trenaker@lewisfeinberg.com

5 | James P. Keenley (SBN: 253106)
BOLT KEENLEY KIM LLP
6 | 1010 Grayson Street, Suite Three
Berkeley, CA 94710
7 | Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorneys for Plaintiff and the Class
HAROLD BARLING

SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
E-mail: kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
E-mail: mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
UEBT RETIREE HEALTH PLAN, UFCW &
EMPLOYERS BENEFIT TRUST FUND, and BOARD OF
TRUSTEES OF THE UFCW & EMPLOYERS BENEFIT
TRUST FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BARLING, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UEBT RETIREE HEALTH PLAN, UFCW & EMPLOYERS BENEFIT TRUST FUND, and BOARD OF TRUSTEES OF THE UFCW & EMPLOYERS BENEFIT TRUST,<br><br>Defendants. | Case No. C14-4530 VC<br><br>**JOINT STIPULATION REGARDING PROPOSED CONTINUANCE OF HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

Defendants UEBT Retiree Health Plan, WFCE & Employers Benefit Trust Fund, and Board of Trustees of the UFCW & Employers Benefit Trust Fund ("collectively "Defendants") and Harold Barling ("Plaintiff"), on behalf of himself and all others similarly situated, and pursuant to Civil Local Rules 6-1, 6-2, 7-7, and 7-12, hereby agree to the following:

**WHEREAS**, at the January 6, 2015 Case Management Conference ("CMC"), pursuant to the parties' Joint Case Management Statement ("JCMS"), the hearing on the parties' Cross-Motions for Summary Judgment relating to the merits of Plaintiff's claims (the "MSJs") was scheduled for April 30, 2015 at 10:00 a.m.

**WHEREAS**, the parties desire to conduct mediation prior to filing the MSJs.

**WHEREAS**, the parties' JCMS provided that the parties intended to complete private mediation by March 31, 2015.  Shortly after the CMC, the parties scheduled mediation for February 25, 2015, however, ongoing discovery necessitates a brief continuance of the mediation.

**WHEREAS**, as of mid-February, the mediator's next available date was March 24, 2015.  The parties have rescheduled the mediation for that date.

**IT IS HEREBY STIPULATED AND AGREED** by and amongst the parties, through their respective counsel of record, to set the following briefing schedule and hearing date for the MSJs:

Plaintiff's motion filed: April 2, 2015;

Defendants' opposition and motion filed: April 23, 2015;

Plaintiff's opposition and reply filed: April 30, 2015;

Defendants' reply filed: May 7, 2015; and

Hearing Date: May 21, 2015 at 10:00 a.m.

The parties respectfully request that the Court grant the proposed continuation of the briefing schedule and hearing date for the reasons stated above.  The parties do not anticipate that this request will have any impact on the existing schedule for the case, and they further certify that there have been no prior time modifications for deadlines or hearing dates in this case.

DATED: March 3, 2015  Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By  */s/ Teresa S. Renaker*
    Teresa S. Renaker

DATED: March 3, 2015  BOLT KEENLEY KIM LLP

By  */s/ James P. Keenley*
    James P. Keenley

Attorneys for Plaintiffs

SEYFARTH SHAW LLP

DATED: March 3, 2015

By:  */s/ Michelle M. Scannell*
    Kathleen Cahill Slaught
    Michelle M. Scannell

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 5, 2015  _____
    United States District Judge Vince Chhabria

19003933v.1

3

Joint Stipulation Regarding Proposed Continuance of Hearing Date on MSJs;
[Proposed] Order/ Case No.: C14-5430 VC