1  Teresa S. Renaker – CA State Bar No. 187800
   Margaret E. Hasselman – CA State Bar No.
2  RENAKER HASSELMAN LLP
   235 Montgomery St., Suite 944
3  San Francisco, CA 94104
   Telephone: (415) 653-1733
4  teresa@renakerhasselman.com
   margo@renakerhasselman.com
5
   James P. Keenley (State Bar No. 253106)
6  Brian H. Kim (State Bar No. 215492)
   BOLT KEENLEY KIM LLP
7  1010 Grayson Street, Suite Three
   Berkeley, California 94710
8  Phone: (510) 225-0696
   Fax: (510) 225-1095
9  jkeenley@bkkllp.com
   bkim@bkkllp.com
10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO/OAKLAND DIVISION

14 | HAROLD BARLING, on behalf of himself and all )
   | others similarly situated,                   )
15 |                                              )  Case No. 14-cv-04530-VC
   |           Plaintiffs,                        )
16 |                                              )  **SUBSTITUTION OF COUNSEL;**
   | vs.                                          )  **[PROPOSED] ORDER THEREON**
17 |                                              )
   | UEBT RETIREE HEALTH PLAN, UFCW &             )  Civil L.R. 11-5(a)
18 | EMPLOYERS BENEFIT TRUST FUND, and BOARD )
   | OF TRUSTEES OF THE UFCW & EMPLOYERS          )
19 | BENEFIT TRUST,                               )
   |                                              )
20 |           Defendants.                        )
   |                                              )
21

22     The law firm of Renaker Hasselman LLP hereby substitutes for Lewis, Feinberg, Lee,

23 Renaker & Jackson, P.C. as counsel for Plaintiff in this action. Contact information for Renaker

24 Hasselman LLP is as follows:

25     Teresa S. Renaker
       Margaret E. Hasselman
26     RENAKER HASSELMAN LLP
       235 Montgomery Street, Suite 944
27     San Francisco, CA 94104
       Telephone: (415) 653-1733
28     teresa@renakerhasselman.com
       margo@renakerhasselman.com

                        Case No. 14-cv-04530-VC                                    Page 1

Contact information for Bolt Keenley Kim LLP remains the same.

Dated: March 5, 2015

Respectfully submitted,

RENAKER HASSELMAN LLP

By: /s/ Teresa S. Renaker
Teresa S. Renaker

Dated: March 5, 2015

BOLT KEENLEY KIM LLP

By: /s/ James P. Keenley

Counsel for Plaintiff

I consent to the above substitution.

Dated: 3-8-15

Harold R. Barling

Plaintiff

IT IS SO ORDERED.

Dated: May 22, 2015

VINCE CHHABRIA
United States District Judge

Attorneys for Plaintiff