Teresa S. Renaker – CA State Bar No. 187800
Margaret E. Hasselman – CA State Bar No. 228529
RENAKER HASSELMAN LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com

James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095
jkeenley@bkkllp.com
bkim@bkkllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| HAROLD BARLING, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UEBT RETIREE HEALTH PLAN, UFCW & EMPLOYERS BENEFIT TRUST FUND, and BOARD OF TRUSTEES OF THE UFCW & EMPLOYERS BENEFIT TRUST,<br><br>Defendants. | Case No. 14-cv-04530-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED |

WHEREAS, on July 31, 2015, the Court issued an order setting a case management conference for August 25, 2015 (ECF 49); and

WHEREAS, Plaintiff's counsel Teresa Renaker is scheduled to take depositions in Midland, Michigan, on August 26, 27, and 28, in a matter pending in the Eastern District of Michigan, Northern Division, and must travel from San Francisco to Midland on August 25, 2015, in order to be present for the depositions; and

1     WHEREAS, Defendants do not object to rescheduling the case management conference for September 1, 2015, or thereafter as may suit the Court's convenience;

3     NOW, THEREFORE, the parties jointly request that the Court reschedule the case management conference for September 1, 2015, or thereafter.

5     SO STIPULATED.

Respectfully submitted,

Dated: August 6, 2015

RENAKER HASSELMAN LLP
BOLT KEENLEY KIM LLP

By:    */s/ Teresa S. Renaker*
       Teresa S. Renaker
       Attorneys for Plaintiff

Dated: August 6, 2015

SEYFARTH SHAW LLP

By:    */s/ Kathleen Cahill Slaught*
       Kathleen Cahill Slaught
       Attorneys for Defendants

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Teresa S. Renaker*
Teresa S. Renaker

### [~~PROPOSED~~] ORDER

The case management conference previously set for August 25, 2015, is hereby rescheduled for September ~~1~~ **8**, 2015, at 10:00 a.m. The parties must file a joint case management statement by ~~August 25~~ **September 1, 2015.**, 2015.

IT IS SO ORDERED.

Dated: August 10, 2015 , 2015

_____
**IT IS SO ORDERED AS MODIFIED**
Judge Vince Chhabria
United States District Court
Northern District of California