1 | SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
2 | E-mail:  kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
3 | E-mail:  mscannell@seyfarth.com
560 Mission Street, 31st Floor
4 | San Francisco, California 94105
Telephone:     (415) 397-2823
5 | Facsimile:     (415) 397-8549

6 | Attorneys for Defendants
UEBT RETIREE HEALTH PLAN, UFCW &
7 | EMPLOYERS BENEFIT TRUST FUND, and BOARD OF
TRUSTEES OF THE UFCW & EMPLOYERS BENEFIT
8 | TRUST FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD BARLING, on behalf of himself, and all others similarly situated,

　　　　　　Plaintiff,

　　v.

UEBT RETIREE HEALTH PLAN, UFCW & EMPLOYERS BENEFIT TRUST FUND, and BOARD OF TRUSTEES OF THE UFCW & EMPLOYERS BENEFIT TRUST,

　　　　　　Defendants.

Case No. C14-4530 VC

**JOINT STIPULATION REGARDING PROPOSED CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

　　　　Defendants UEBT Retiree Health Plan, WFCE & Employers Benefit Trust Fund, and Board of Trustees of the UFCW & Employers Benefit Trust Fund ("collectively "Defendants") and Harold Barling ("Plaintiff"), on behalf of himself and all others similarly situated, and pursuant to Civil Local Rules 6-1, 6-2, and 7-12, hereby agree to the following:

　　　　**WHEREAS**, on August 13, 2015, the Court notified the parties that the Court scheduled a further Case Management Conference ("CMC") for September 9, 2015 at 10:00 a.m.;

　　　　**WHEREAS**, Paragraph 12 of the Court's Civil Standing Order provides that in the event even one attorney appears for a CMC by phone, all attorneys must appear by phone and the conference will

1  be conducted from chambers, beginning at 11:00 on Tuesdays.  Arrangements to participate by phone
2  must be made at least seven days in advance with Judge Chaabria's Courtroom Deputy.
3  **WHEREAS**, lead trial counsel for Defendants is unavailable to attend a CMC by telephone or in
4  person on September 8 and 9, 2015, and Defendants desire that lead trial counsel attend the CMC,
5  preferably in person;
6  **WHEREAS**, counsel for Plaintiff does not object to a continuance of the CMC;
7  **WHEREAS**, lead trial counsel for all parties are currently available to attend a CMC in person
8  on September 23, 2015.
9  **NOW, THEREFORE,** the parties jointly request that the Court reschedule the CMC for
10 September 23, 2015 or thereafter, (except for September 30, 2015, on which lead trial counsel for the
11 parties are not jointly available).
12 **SO STIPULATED**.

DATED:  August 27, 2015                     Respectfully submitted,

                                            RENAKER HASSELMAN LLP

                                            By  /s/ Teresa S. Renaker _____
                                                Teresa S. Renaker


DATED: August 27, 2015                      BOLT KEENLEY KIM LLP

                                            By  /s/ James P. Keenley _____
                                                James P. Keenley


                                            Attorneys for Plaintiffs

                                            SEYFARTH SHAW LLP
DATED: August 27, 2015

                                            By:  /s/ Kathleen Cahill Slaught
                                                Kathleen Cahill Slaught
                                                Michelle M. Scannell

                                            Attorneys for Defendants

**ATTESTATION PURSUANT TO LOCAL RULE 5-1-(i)(3)**

I attest that concurrence in the filing of this stipulation has been obtained from the other signatories, counsel for Plaintiff.  Executed this 27th day of August, 2015.

By: */s/* Kathleen Cahill Slaught_____

**[PROPOSED] ORDER**

The CMC previously set for September 9, 2015, is hereby rescheduled for September 23, 2015 at 10:00 a.m.  The parties must file a joint case management statement by September 16, 2015.

**IT IS SO ORDERED**.

DATED: August 28, 2015              _____
                                                              Hon. Vince Chhabria
                                                              United States District Judge

20728518v.1