| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Kathleen Cahill Slaught (SBN 168129) |
| 2 | E-mail:  kslaught@seyfarth.com |
| | Michelle M. Scannell (SBN 267767) |
| 3 | E-mail:  mscannell@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California 94105 |
| | Telephone:     (415) 397-2823 |
| 5 | Facsimile:      (415) 397-8549 |
| 6 | Attorneys for Defendants |
| | UEBT RETIREE HEALTH PLAN, UFCW & |
| 7 | EMPLOYERS BENEFIT TRUST FUND, and BOARD OF |
| | TRUSTEES OF THE UFCW & EMPLOYERS BENEFIT |
| 8 | TRUST FUND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BARLING, on behalf of himself, and all others similarly situated, | Case No. C14-4530 VC |
| Plaintiff, | **JOINT STIPULATION REGARDING PROPOSED CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER** AS MODIFIED |
| v. | |
| UEBT RETIREE HEALTH PLAN, UFCW & EMPLOYERS BENEFIT TRUST FUND, and BOARD OF TRUSTEES OF THE UFCW & EMPLOYERS BENEFIT TRUST, | |
| Defendants. | |

Defendants UEBT Retiree Health Plan, WFCE & Employers Benefit Trust Fund, and Board of Trustees of the UFCW & Employers Benefit Trust Fund ("collectively "Defendants") and Harold Barling ("Plaintiff"), on behalf of himself and all others similarly situated, and pursuant to Civil Local Rules 6-1, 6-2, and 7-12, hereby agree to the following:

**WHEREAS**, on August 13, 2015, the Court notified the parties that the Court scheduled a further Case Management Conference ("CMC") for September 9, 2015 at 10:00 a.m.;

**WHEREAS**, Paragraph 12 of the Court's Civil Standing Order provides that in the event even one attorney appears for a CMC by phone, all attorneys must appear by phone and the conference will

1  be conducted from chambers, beginning at 11:00 on Tuesdays.  Arrangements to participate by phone

2  must be made at least seven days in advance with Judge Chaabria's Courtroom Deputy.

3      **WHEREAS**, lead trial counsel for Defendants is unavailable to attend a CMC by telephone or in

4  person on September 8 and 9, 2015, and Defendants desire that lead trial counsel attend the CMC,

5  preferably in person;

6      **WHEREAS**, counsel for Plaintiff does not object to a continuance of the CMC;

7      **WHEREAS**, lead trial counsel for all parties are currently available to attend a CMC in person

8  on September 23, 2015.

9      **NOW, THEREFORE,** the parties jointly request that the Court reschedule the CMC for

10  September 23, 2015 or thereafter, (except for September 30, 2015, on which lead trial counsel for the

11  parties are not jointly available).

12      **SO STIPULATED**.

13

14  DATED:  August 27, 2015               Respectfully submitted,

15                                         RENAKER HASSELMAN LLP

16                                         By  */s/ Teresa S. Renaker*

17                                            Teresa S. Renaker

18

19  DATED: August 27, 2015                BOLT KEENLEY KIM LLP

20                                         By  */s/ James P. Keenley*
                                          James P. Keenley

21

22                                         Attorneys for Plaintiffs

23  DATED: August 27, 2015               SEYFARTH SHAW LLP

24                                         By:  */s/ Kathleen Cahill Slaught*

25                                            Kathleen Cahill Slaught
                                          Michelle M. Scannell

26                                         Attorneys for Defendants

27

28

**ATTESTATION PURSUANT TO LOCAL RULE 5-1-(i)(3)**

I attest that concurrence in the filing of this stipulation has been obtained from the other signatories, counsel for Plaintiff. Executed this 27th day of August, 2015.

By: /s/ Kathleen Cahill Slaught

**[PROPOSED] ORDER**

The CMC previously set for September 9, 2015, is hereby rescheduled for September 22, 2015 at 10:00 a.m. The parties must file a joint case management statement by September 16, 2015.

**IT IS SO ORDERED**.

DATED: August 28, 2015

Hon. Vince Chhabria
United States District Judge

20728518v.1

Joint Stipulation Regarding Proposed Continuance of CMC;
[Proposed] Order/ Case No.: C14-5430 VC